RECEIVED

AUG 01 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 6:13-CR-00136-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| KIRBY L DAIGLE | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Kirby L. Daigle, and adjudges him guilty of the offenses charged in Count 4 of the indictment against him. Sentencing in this matter remains set for September 19, 2014 at 4:30 p.m. in Lafayette.

THUS DONE AND SIGNED in chambers, this ___ day of July, 2014 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE